UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

SULLIVAN & CROMWELL LLP,

                Plaintiff,

                v.

ELECTRONIC EVIDENCE DISCOVERY
INCORPORATED,

                Defendant.

-------------------------------------------------------------X

07 Civ. 11616

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, as counsel for plaintiff Sullivan & Cromwell LLP, certifies that plaintiff has no corporate parent, and there is no publicly held corporation that owns any stock in Sullivan & Cromwell LLP.

Dated: New York, New York
       December 28, 2007

*/s/ Stephanie G. Wheeler*
David B. Tulchin (DT 5557)
Stephanie G. Wheeler (SW 7751)
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Plaintiff*
*Sullivan & Cromwell LLP*