AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Sullivan & Cromwell LLP,
Plaintiff,

V.

Electronic Evidence
Discovery Incorporated,
Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CV 11616

Judge Pauley

TO: (Name and address of Defendant)

Electronic Evidence Discovery Incorporated
Plaza at Yarrow Bay, Suite 200
3933 Lake Washington Blvd. NE
Kirkland, WA 98033

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David B. Tulchin
Stephanie G. Wheeler
125 Broad Street
New York, NY 10004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature]*

(By) DEPUTY CLERK

DEC 2 8 2007

DATE

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

SULLIVAN & CROMWELL LLP,

        Plaintiff(s),

vs.

ELECTRONIC EVIDENCE DISCOVERY INCORPORATED,

        Defendant(s),

No. 07-CV-11616

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON
                      ss.
COUNTY OF SNOHOMISH

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **28th** day of **December, 2007 @ 03:33 PM**, at the address of **3933 LAKE WASHINGTON BLVD NE #200, Kirkland**, within **KING** County, **WA**, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT; RULE 7.1 STATEMENT** in the above entitled action upon **ELECTRONIC EVIDENCE DISCOVERY INCORPORATED**, by then and there personally delivering ONE true and correct copy(ies) of the above documents into the hands of and leaving same with **BRAD BERG, CHIEF FINANCIAL OFFICER**.

Date: 31 Dec 07

X _____
MARK PARENTEAU
Registered Process Server
License #: 2006-16
NW Legal Support, Inc.
200 West Thomas Street, Suite 140
Seattle, WA 98119
206.223.9426

Subscribed and sworn to before me this 31 day of December, 2007

_____
Notary Public in and for the
State of Washington
My commission expires  8/28/08