UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SULLIVAN & CROMWELL LLP,                    :

                Plaintiff,              :         Civil Action No.
                                              07 CV 11616 (WHP)
    v.                                          :

ELECTRONIC EVIDENCE DISCOVERY             :
INCORPORATED,
                                              :
                Defendant.
                                              :
------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Sullivan & Cromwell LLP hereby dismisses all of its claims in this action without prejudice, and without costs to either party.

Dated: New York, New York
       January 8, 2008

                                        _____
                                        David B. Tulchin (DT-5557)
                                        Stephanie G. Wheeler (SW-7751)
                                        125 Broad Street
                                        New York, New York 10004
                                        (212) 558-4000

                                        *Attorneys for Plaintiff Sullivan & Cromwell LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I caused to be served by Federal Express a copy of the Notice of Voluntary Dismissal on:

Bruce E. H. Johnson, Esq.
DWTR&J Corp.
1201 Third Avenue, Ste. 2200
Seattle, WA 98101

Jennifer King, Esq.
Electronic Evidence Discovery Incorporated
Plaza at Yarrow Bay
3933 Lake Washington Blvd, NE
Suite 200
Kirkland, WA 98033

*Stephanie G. Wheeler*
Stephanie G. Wheeler